A0 450

# United States District Court

## Northern District of Indiana

KEVIN D. MILLER
           Plaintiff

                     JUDGMENT IN A CIVIL CASE

      v.

                     **Case No. 1:05-CV-211 TLS**

JAVITCH, BLOCK & RATHBONE,
LLP and MELVILLE ACQUISITIONS
GROUP, LLC
           Defendants

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants Javitch, Block & Rathbone, LLP and Melville Acquisitions Group, LLC and against Plaintiff Kevin D. Miller.

                     Stephen R. Ludwig, Clerk

                     By__s/ J. Padly_____
                     Deputy Clerk

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **October 26, 2005**.